MR. JUSTICE SHEEHY
concurring in part and dissenting in part:
I concur with the foregoing opinion except I dissent to that portion determining that punitive damages are not recoverable here.
I believe that is a matter of fact to be decided on retrial and that the determination by this Court on an incomplete record and before retrial, is premature.
Under the federal cases of Halperin v. Kissinger (D.D.C.1977), 434 F.Supp. 1193, 1195; and Campiti v. Walonis (D.Mass.1979), 467 F.Supp. 464, 466, it need only be shown to establish malice under 18 U.S.C. § 2520, that the defendant acted “wantonly, reckless, or maliciously.” This includes implied malice as well as express malice. We could leave it to the jury to determine whether or not there was express or implied malice in this case, if the plaintiff otherwise prevails.